1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                       FOR THE DISTRICT OF ARIZONA
8
9   Bogar RAMIREZ,                    )      No. CV-05-3465-PHX-SMM (MEA)
                                      )
10          Plaintiff,                )      **ORDER**
                                      )
11      v.                            )
                                      )
12  Joseph ARPAIO,                    )
                                      )
13          Defendant.                )
    _____  )
14
15          On March 14, 2006, Magistrate Judge Mark E. Aspey filed a Report and
16  Recommendation, advising this Court that Plaintiff's Complaint and this action should be
17  dismissed without prejudice for failure to file a notice of change of address, pursuant to Rule
18  41(b) of the Federal Rules of Civil Procedure.  [Doc. No. 8]  To date, Plaintiff has not filed
19  objections to Judge Aspey's Report and Recommendation.
20                          **STANDARD OF REVIEW**
21          When reviewing a Magistrate Judge's Report and Recommendation, this Court must
22  "make a de novo determination of those portions of the report . . . to which objection is made,"
23  and "may accept, reject, or modify, in whole or in part, the findings or recommendations made
24  by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391,
25  1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir.
26  1983)).
27          By failing to object to a Report and Recommendation, a party waives its right to
28  challenge the Magistrate's factual findings, but not necessarily the Magistrate's legal

1   conclusions.  Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir.

2   1998) (failure to object to Magistrate's legal conclusion "is a factor to be weighed in considering

3   the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156

4   (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

5                                              **DISCUSSION**

6           Having reviewed the legal conclusions of the Report and Recommendation of the

7   Magistrate Judge, and no objections having been made by Plaintiff thereto, the Court hereby

8   incorporates and adopts the Magistrate Judge's Report and Recommendation.

9                                              **CONCLUSION**

10          For the reasons set forth,

11          **IT IS ORDERED** that the Court adopts the Report and Recommendation of Magistrate

12  Judge Mark E. Aspey.  [Doc. No. 8]

13          **IT IS FURTHER ORDERED** that Plaintiff's Complaint and this action are

14  **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court shall terminate this action

15  accordingly.

16          **IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order

17  to all parties as well as to Magistrate Judge Mark E. Aspey.

18

19          DATED this 14th day of April, 2006.

20

21                                              _____

22                                                   Stephen M. McNamee
                                              Chief United States District Judge

23

24

25

26

27

28